Dismissed and Opinion filed January 30, 2003









Dismissed and Opinion filed January 30, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00014-CR

____________

 

MICHAEL
JAMES KELLEY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 25th District Court

Colorado
County, Texas

Trial Court Cause No. CR02-71

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to two counts of burglary of
a building on November 26, 2002.  In
accordance with the terms of a plea bargain agreement with the State, the trial
court sentenced appellant to ten years= incarceration in the Texas
Department of Criminal Justice, Institutional Division.  Because we have no jurisdiction over this
appeal, we dismiss.  








To invoke an appellate court=s jurisdiction over an appeal, an
appellant must give timely and proper notice of appeal.  White v. State, 61
S.W.3d 424, 428 (Tex. Crim. App. 2001).  The record must include the trial court=s certification of the defendant=s right of appeal under Rule 25.2(a)(2).  Tex. R. App. P. 25.2(d). 

The certification included in the record in this appeal
reflects that appellant does not have the right of appeal in this case.

Accordingly, we dismiss the appeal for want of
jurisdiction.  

 

 

 

PER CURIAM

 

 

 

Judgment rendered and Opinion
filed January 30, 2003.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b).